No. 98–5608. GRADY v. AFFILIATED CENTRAL, INC. C. A. 2d Cir. Certiorari denied.

No. 98–5609. TYUS v. B & G PACKAGING. C. A. 8th Cir. Certiorari denied.

No. 98–5611. COCHRAN v. NELSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–5621. KEENE v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 98–5622. LUCAS v. BRINSON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–5627. BARDO v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 98–5629. CORNELL v. MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–5630. RANSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 98–5634. XUAN HUYNH v. FORTE AIRPORT SERVICES, INC. C. A. 2d Cir. Certiorari denied.

No. 98–5638. HAMILTON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–5643. SCHUDER v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 98–5645. GONZALEZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–5647. CRAWFORD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Ct. Crim. App. Tex. Certiorari denied.

No. 98–5648. ALEXANDER v. PLILER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–5649. ABEGGLEN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.